**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

William L. Kelley,

Plaintiff,

v.

Annette Chambers-Smith, *et al.*,

Defendants.

Case No. 2:23-cv-1391
Judge James L. Graham
Magistrate Judge S. Courter M. Shimeall

Order

Plaintiff William L. Kelley brings this action *pro se* under 42 U.S.C. § 1983, alleging that his civil rights were violated while incarcerated at Marion Correctional Institution. This matter is before the Court on the Magistrate Judge's July 31, 2026 Report and Recommendation concerning motions filed by the two remaining Defendants, Michael Laytart, and Joe Shifer. The Magistrate Judge recommended that the Court deny Defendants' motion for summary judgment and deny their motion to strike Plaintiff's response brief.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 89), which is hereby adopted. Accordingly, Defendants' motion for summary judgment (Doc. 76) and Defendants' motion to strike (Doc. 84) are both DENIED.

DATE: August 19, 2026

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge