**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**WILLIAM L. KELLEY,**

**Plaintiff,**

**v.**

**ANNETTE CHAMBERS-SMITH, *et al.*,**

**Defendants.**

**Case No. 2:23-cv-1391**
**Judge James L. Graham**
**Magistrate Judge S. Courter M. Shimeall**

# ORDER

On August 19, 2026, the District Judge adopted the Report and Recommendation, which recommended denying Defendants Laytart's and Schifer's motion for summary judgment and motion to strike. (ECF No. 90.) The Court subsequently set this case for trial, beginning on April 26, 2027. (ECF No. 91.) The Undersigned finds that the period before trial will be an opportune time for the Parties to attempt extrajudicial resolution of this case.

Accordingly, the Court hereby **APPOINTS** Amy E. Flowers, of the firm Ice Miller LLP, as counsel for Plaintiff, William L. Kelley, for the limited purpose of mediation. The Clerk is **DIRECTED** to add attorney Flowers to the docket and to email this Order to amy.flowers@icemiller.com. The Clerk is **DIRECTED** to continue to mail filings to Plaintiff at the current address listed on the docket.

Counsel for Defendants are **ORDERED** to contact attorney Flowers with potential dates for mediation. The parties shall then confer and provide a list of mutually available dates for mediation in November 2026 **WITHIN FOURTEEN DAYS** of the date of this Order via email to Shimeall_Chambers@ohsd.uscourts.gov.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**